Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Monique Davis<br>23 Clement Street<br>Springfield, Ma 01118<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>The City of Springfield<br>36 Court Street<br>Springfield, Ma 01103<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Monique Davis |
| Street Address | 23 Clement Street |
| City and County | Springfield Hampden |
| State and Zip Code | Ma 01118 |
| Telephone Number | 413-271-2370 |
| E-mail Address | Roxy_336@hotmail.com |

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | William Mahoney |
| Job or Title (if known) | Director of Human Resources |
| Street Address | 36 Court St |
| City and County | Springfield Hampden |
| State and Zip Code | Ma 01103 |
| Telephone Number | 413-787-6068 |
| E-mail Address (if known) | WMahoney@springfieldcityhall.com |

Defendant No. 2

| | |
|---|---|
| Name | Gladys Oyola-Lopez |
| Job or Title (if known) | City Clerk |
| Street Address | 36 Court Street |
| City and County | Springfield Hamdpen |
| State and Zip Code | Ma 01103 |
| Telephone Number | 413-787-6096 |
| E-mail Address (if known) | GOyola@Springfieldcityhall.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Anti-Discrimination Law
Retaliation
Hostile Work Environment
Workplace Bullying
Unpaid Wages

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Monique Davis was the victim of harassment, work place bullying, intimidation, and unpaid wages from Gladys Oyola-Lopez and William Mahoney. Gladys Oyola-Lopez and William Mahoney choose to ignore the issues that Monique brought to thier attention and later started a personal and professional attack on Monique. This attack took on the form of being ignored for months by Gladys who is Monique's supervisor. Gladys then attempted to defame and intimidate Monique by reaching out to legal departments to get advise on how to reprimand Monique because as Gladys stated Monique was being insubordinate. William Mahoney helped with the harassing behavior when he concluded that Gladys is doing nothing to violate the City of Springfields policy that is supposed to ensure every employee is treated with courtest, dignity and respect.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for monetary relief from Gladys Oyola-Lopez, William Mahoney and the City of Springfield because of mental illnesses I have developed from the treatment in the sum of $100,000.00. This is based off the ongoing mental issues by way of PTSD, anticipatory Anxiety/anxiety, stress, and depressive modes I continue to suffer from. As I am currently under the care of a clinical therapist. Also to recoup the unpaid wages due to weeks of not getting paid while being out of work because of the environment.

I was denied a merit increase that was supposed to be given to all employees that worked during covid, I was informed my supervisor needed to enter me and Gladys did not. I went to another HR representative and informed them that I in fact worked and after weeks of everyone else receiving the bonus I later received mine. I also acted as the Public Records Coordinator, and Gladys did not pay me the higher rate for the time I covered in that capacity. I presented the information to William Mahoney and he again agreed that Gladys was in the right.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/11/2021

Signature of Plaintiff
Printed Name of Plaintiff: Monique Davis

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5