UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MONIQUE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SPRINGFIELD, <br><br> Defendant. | Case No. 22-30011-KAR |

ORDER

ROBERTSON, U.S.M.J.

Upon further review of Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. No. 2), the Court hereby orders:

1. The Court's order (Dkt. No. 4) denying Plaintiff's motion for leave to proceed *in forma pauperis* is hereby VACATED. The order was intended for another case; the docketing of the order in this action was in error.

2. The motion for leave to proceed *in forma pauperis* is GRANTED.

3. The Accounting Office of this Court shall return the $402 filing fee that Plaintiff paid.

4. Plaintiff is ordered to file a signed copy of her complaint within twenty-one (21) days. The copy of the complaint she filed with the Court is not signed. The copy of the complaint that Plaintiff serves on Defendant must also be signed.

5. The Clerk shall provide Plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package").

6. Plaintiff is responsible for ensuring that the summons, a signed copy of the complaint, consent package, and this order are served on Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

7. Because Plaintiff is proceeding *in forma pauperis*, she may elect to have service completed by the United States Marshals Service ("USMS"). If Plaintiff chooses to have service completed by the USMS, she shall provide the agency with all papers for service and a completed USM-285 form. Plaintiff shall also provide the USMS with an extra copy of this order and the summons. The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide Plaintiff with a blank USM-285 form and instructions for service.

8. Plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

9. The parties shall indicate their consent or refusal to the final assignment of this case to the magistrate judge by completing and filing the form for Consent/Refusal of Magistrate Judge Jurisdiction. While consent to the final assignment of the case to the magistrate judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent, the parties must submit the form indicating their consent or refusal to consent within 30 days after the date Defendant was served.

SO ORDERED.

/s/ Katherine A. Robertson  
KATHERINE A. ROBERTSON  
United States Magistrate Judge

DATED: 4/4/2022